■ Ann Parks et al., Appellants, v Richard G. Hughes et al., Respondents. (Appeal No. 2.) [698 NYS2d 193] —Appeal unanimously dismissed without costs (see, Empire Ins. Co. v Food City, 167 AD2d 983, 984). (Appeal from Order of Supreme Court, Jefferson County, Schwerzmann, J.—Reargument.) Present—Pine, J. P., Hayes, Pigott, Jr., Scudder and Callahan, JJ.